UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:00-CR-3 |
| | ) | | (VARLAN/SHIRLEY) |
| DOUGLAS A. WILLIAMS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on two *pro se* motions filed by the defendant. For the following reasons, the motions are **DENIED**.

The defendant was convicted of vehicle theft and reckless endangerment and sentenced to concurrent terms of imprisonment of 30 months, followed by supervised release for a term of three years. After his release from prison and during his supervised release, the defendant was arrested by the State of Tennessee on a charge of aggravated assault; the defendant is presently in state custody at the Whiteville Correctional Facility. As a result of the defendant's arrest on a state charge, the U.S. Probation Office filed a petition to revoke supervised release and an arrest warrant issued for the defendant; the revocation petition remains pending as a detainer against the defendant. The defendant has now filed a second motion for speedy trial pursuant to the Sixth Amendment of the U.S. Constitution.

The defendant is not being held pursuant to an indictment or information, and therefore the Sixth Amendment right to a speedy trial does not apply in this case. *See Barker*

*v. Wingo*, 407 U.S. 514, 519-20 (1972). Accordingly, the defendant's second motion for speedy trial [Doc. 37] is **DENIED**.

The defendant has also filed a motion asking the court to confirm that, upon his parole from state custody to the federal detainer, the U.S. Marshals Service will pick him up and bring him to court for a hearing on the petition for violation of supervised release. The manner in which the defendant is brought before this court for a hearing is for the U.S. Marshals Service to determine, in conjunction with the U.S. Probation Office. The defendant's motion in that respect [Doc. 38] is **DENIED**.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE